

FILED

SEP 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:16-PO-00112 SAB |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| GINO VILLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above named defendant having been sentenced on September 21, 2016, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment to follow.

DATED: Sept 21, 2016           E. P. [signature]
                               ERICA P. GROSJEAN
                               UNITED STATES MAGISTRATE JUDGE

cc: USM, Fresno, received two certified copies via hand-delivery on 9/21/16

9/26/96 exonbnd.frm

1